IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTAY TEEL,

      Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

No.  CIV.S-05-0422 DAD

ORDER TO SHOW CAUSE

On March 3, 2005, the court issued a scheduling order along with a form entitled "Consent to Assignment or Request for Reassignment," which allows a party to consent to proceed before a United States Magistrate Judge, or request reassignment of this case to a United States District Judge.  Pursuant to Appendix A(j) of the Local Rules, and as explained in the "Notice Re Consent or Request for Reassignment" accompanying that form, all parties were to execute the form and return it to the Clerk of the Court within ninety days from the date the action was filed.  The Local Rules, and the

1 separate "Notice in All Actions Filed in the District Court," also
2 required plaintiff to serve a copy of these documents on all parties
3 to the action and file a proof of service with the court.  See L.R.,
4 App. A(j).  The required time has now expired and plaintiff has not
5 returned the necessary form to the court.
6      Accordingly, the court HEREBY ORDERS plaintiff to show
7 cause in writing within ten days why the necessary document has not
8 been filed with the court.  The filing by plaintiff of an executed
9 "Consent to Assignment or Request for Reassignment" form will be
10 deemed compliance with this order.
11 DATED: June 8, 2005.

                    */s/ Dale A. Drozd*
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

15 DAD:lg
ddad1/orders.socsec/teel0422.osc.form

2