IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTAY TEEL,

        Plaintiff,

   v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.
_____/

No.  CIV.S-05-0422 DAD

<u>ORDER AND</u>

<u>FINDINGS AND RECOMMENDATIONS</u>

        On June 9, 2005, the court issued an order to show cause why plaintiff has failed to execute and file the form entitled "Notice Re Consent or Request for Reassignment."  Plaintiff was ordered to respond in writing within ten days.  The time period has now expired and plaintiff has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action shall be assigned a United States District Judge randomly selected by the Clerk of the Court.  All documents filed in the future in this matter shall display the case number assigned by the Clerk.

1

1         IT IS HEREBY RECOMMENDED that this action be dismissed
2  without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b); L.R. 11-110.
3         These findings and recommendations are submitted to the
4  United States District Judge assigned to the case, pursuant to the
5  provisions of 28 U.S.C. § 636(b)(1).  Within ten (10) days after
6  being served with these findings and recommendations, any party may
7  file written objections with the court and serve a copy on all
8  parties.  Such a document should be captioned "Objections to
9  Magistrate Judge's Findings and Recommendations."  The parties are
10 advised that failure to file objections within the specified time may
11 waive the right to appeal the District Court's order.  <u>See</u> <u>Martinez</u>
12 <u>v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
13 DATED: July 13, 2005.

             _____
             DALE A. DROZD
             UNITED STATES MAGISTRATE JUDGE

17 DAD:lg
   ddad1/orders.socsec/teel0422.f&r.assign

2