IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTAY TEEL,  

     Plaintiff,

  v.

JO ANNE B. BARNHART,  
Comm. of Social Security,

     Defendant.

              No. CIV-S-05-0422 MCE/DAD

ORDER

This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

On July 14, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

///

///

1

1 | The court has reviewed the file and finds the findings and
2 | recommendations to be supported by the record and by the
3 | magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 | that:
5 |     1.  The findings and recommendations filed July 14, 2005,
6 | are adopted in full; and
7 |     2.  This action is dismissed without prejudice.  See Fed. R.
8 | Civ. P. 41(b); L.R. 11-110.
9 | DATED: August 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2